IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD PAYNE, SR.,

    Plaintiff,

v.                                            CV 17-0536 JCH/JHR

UNITED STATES OF AMERICA,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition ("PFRD") (*Doc. 72*), filed July 9, 2019. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, neither party has filed objections. The Court has also reviewed the letter filed by Mr. Payne's son (*Doc. 73*), filed July 30, 2019, which requests additional suspension of this action for six weeks due to Mr. Payne's recent injuries, as well as Defendant's Notice of No Objection to Request for Additional Postponement. *Doc. 74*, filed July 31, 2019. Having done so, the Court will adopt Judge Ritter's recommendations to modify the scheduling deadlines in this case. *See Doc. 72*, p. 5.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 72*) is **ADOPTED**;

2. Mr. Payne's filing (*Doc. 40*) is **granted in part**;

3. Mr. Michael Payne's request for a postponement due to Mr. Payne's injuries (*Doc. 73*), is **granted**; and,

1

4. The Court will adopt the following modified deadlines for this case, taken from the PFRD and extended by an additional six weeks:

- Plaintiff's Expert Disclosures due: November 20, 2019
- Defendant's rebuttal Expert Disclosures (if any) due: December 26, 2019
- Termination date for discovery: January 13, 2020
- Discovery-related Motions deadline: January 20, 2020
- Pretrial Motions deadline: February 21, 2020

_____
UNITED STATES DISTRICT JUDGE